IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

J.P. COOKE COMPANY,                    )          Case No.  8:09CV435
                                       )
                  Plaintiff,           )
                                       )
          vs.                          )
                                       )          **ORDER**
SCHWAAB, INC.,                         )
                                       )
                  Defendant.           )

          Upon notice of settlement through mediation given to the magistrate judge by Patrick Cooper, counsel for Plaintiff,

          **IT IS ORDERED:**

          1.  On or before **November 8, 2010,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Joseph F.  Bataillon, at Bataillon@ned.uscourts.gov,  a draft order which will fully dispose of the case; and

          2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

          Dated this 7th day of October, 2010.

                              BY THE COURT:


                              s/ F.A. Gossett, III
                              United States Magistrate Judge