IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE J.P. COOKE COMPANY, | ) | CASE NO. 8:09cv435 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JOINT STIPULATION FOR DISMISSAL |
| | ) | WITH PREJUDICE |
| SCHWAAB, INC., | ) | |
| | ) | |
| Defendant. | ) | |

COME NOW the parties, The J.P. Cooke Company and Schwaab, Inc., by and through their undersigned attorneys, and hereby stipulate and agree that this action shall be dismissed with prejudice, each party to pay its own costs and fees.

Dated this 2nd day of November, 2010.

             THE J.P. COOKE COMPANY, INC.,
             Plaintiff

          By: /s/ Patrick S. Cooper
             Robert F. Rossiter, Jr., # 16650
             Daniel J. Guinan, # 21721
             Patrick S. Cooper, #22399
             FRASER STRYKER PC LLO
             500 Energy Plaza
             409 South 17th Street
             Omaha, NE 68102-2663
             (402) 341-6000
             ATTORNEYS FOR PLAINTIFF

             SCHWAAB, INC., Defendant

          By: /s/ Nicole J. Druckrey
             Nicole J. Druckrey
             Quarles & Brady, LLP
             411 East Wisconsin Avenue
             Milwaukee, WI 52302-4497
             ATTORNEYS FOR DEFENDANT

             and

By:   /s/ David Schmitt
      David Schmitt
      Lamson Dugan & Murray, LLP
      10306 Regency Parkway Drive
      Omaha, NE 68114
      ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November, 2010, I filed the foregoing via the CM/ECF system which sent an electronic version of same to the following:

| | |
|---|---|
| Jeffrey O. Davis | |
| Nicole J. Druckrey | David Schmitt |
| Quarles & Brady, LLP | Lamson Dugan & Murray, LLP |
| 411 East Wisconsin Avenue | 10306 Regency Parkway Drive |
| Milwaukee, WI 52302-4497 | Omaha, NE 68114 |

      /s/ Patrick S. Cooper

560239