IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE J.P. COOKE COMPANY, | ) | CASE NO. 8:09cv435 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| SCHWAAB, INC., | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court pursuant to the parties' Joint Stipulation for Dismissal with Prejudice. The Court has reviewed the parties' Stipulation and finds that it should be adopted and approved.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. This action is dismissed with prejudice.
2. Each party shall pay its own costs and fees.

Dated this 2nd day of November, 2010.

BY THE COURT:

*s/ Joseph Bataillon*
*Chief District Judge*

560241